IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSA E. ARELLANO, individually and as Special Administrator of the ESTATE OF JESUS ARELLANO, deceased,<br><br>      Plaintiff,<br><br>vs.<br><br>GIMECO, S.r.l., GIMECO, S.p.a., and GIMECO U.S.A.,<br><br>      Defendants.<br>_____<br>GIMECO, S.r.l.,<br><br>      Third Party Plaintiff,<br>v.<br><br>VALMONT INDUSTRIES, INC. and VALMONT COATINGS, INC.,<br><br>      Third Party Defendants. | No. 1:10-cv-07455 |

## ORDER

This cause coming to be heard upon the petition of ROSA E. ARELLANO, Individually and as Independent Administrator of the Estate of JESUS ARELLANO, Deceased, by and through her counsel, Costello, McMahon, Burke & Murphy, for the entry of an order approving settlement in the amount of TWO HUNDRED THOUSAND DOLLARS ($200,000.00), the court makes the following findings:

    1.    The proposed settlement amount of $200,000.00 is fair and reasonable.

    2.    Valmont Coatings is entitled to $50,000.00 in satisfaction of its Worker's Compensation subrogation lien;

shall be effective only after said court enters an order appointing a guardian of his estate, and approving the bond or other security required, if any, to administer the distribution provided for in this subparagraph.

IT IS FURTHER ORDERED that this action is hereby dismissed without prejudice and this Court retains jurisdiction to enforce the terms of this settlement.

Entered: January 15, 2013

_____
John J. Tharp, Jr.
United States District Judge